**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>DEBRA LEA WILSON,<br><br>Debtor. | Case No. 13-20904-CMA |
| DEBRA LEA WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIGBY, TRUSTEE,<br><br>Defendant. | Adv. No. 16-01249-CMA<br><br>**ORDER GRANTING STAY PENDING APPEAL AND SETTING BOND AMOUNT** |

THIS MATTER came before the Court upon the Motion for Temporary Injunctive Relief Pending Adversary Disposition ("Motion") filed by Plaintiff Debra Lea Wilson ("Debtor"), at Dkt. 8. The Court has reviewed the Motion, the Response filed by the Trustee (Dkt. 9), the Supplemental Briefing Regarding Bond Amount filed by the Trustee (Dkt. 11) and the record and files herein, and has heard the argument of counsel for all parties at the hearings held on December 15, 2016 and on January 12, 2017. For the reasons stated on the record by the Court at

**ORDER CONDITIONING STAY UPON BOND** - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**Below is the Order of the Court.**

the hearing held on January 12, 2017, which are incorporated into this order pursuant to Fed. R. Bankr. P. 7052, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the Motion is granted subject to the terms and conditions set forth in this Order; and it further

ORDERED, that the Trustee shall be stayed from marketing and selling the real property commonly known as 4343 Roosevelt Way NE, #506, Seattle WA 98105 and legally described as:
> UNIT 506, LA TERRAZZA, A CONDOMINIUM,
> SURVEY MAP AND PLANS RECORDED IN VOLUME 136 OF CONDOMINIUMS, PAGES 69 THROUGH 80, INCLUSIVE;
> CONDOMINIUM DECLARATION RECORDED UNDER RECORDING NUMBER(S) 9612191477, IN KING COUNTY, WASHINGTON;
> TOGETHER WITH PARKING SPACE 20, (LIMITED COMMON ELEMENT).
> TOGETHER WITH STORAGE SPACE 3, (LIMITED COMMON ELEMENT).
> SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

in which Debtor has claimed a homestead exemption, pending resolution of the Debtor's Appeal to Western Washington District Court, Case No. 2:16-CV-01684-RAJ; HOWEVER, such stay is conditioned upon and shall only be effective from the time that the Debtor posts a bond in the amount of $169,690, in a form ~~and from a source~~ satisfactory to the Trustee, and files proof of same with the Court in this adversary proceeding; and it is further

ORDERED, that in the event the Debtor offers security to the Trustee which is not accepted, the Debtor may, on at least seven days' notice to the Trustee, note a hearing on any of the Court's regularly scheduled Seattle motion calendar dates, in order for the Court to determine the adequacy of the proposed security.

//END OF ORDER//

PRESENTED BY:

**SCHWEET LINDE & COULSON, PLLC**

**/s/Binah B. Yeung**

**ORDER CONDITIONING STAY UPON BOND** - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 16-01249-CMA    Doc 15    Filed 02/07/17    Ent. 02/07/17 14:58:47    Pg. 2 of 3

**Below is the Order of the Court.**

Binah B. Yeung, WSBA #44065
Edward R. Coulson, WSBA #14014
Attorneys for Defendant James Rigby,
Trustee of the Estate of Debra Lea Wilson

**WOOD & JONES, P.S.**

**/s/ Denice E. Moewes**
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee
James Rigby

APPROVED AS TO FORM, NOTICE OF PRESENTATION WAIVED:

**VORTMAN & FEINSTEIN**

**/s/**
Larry B. Feinstein, WSBA #6074
Attorney for Debtor

**ORDER CONDITIONING STAY UPON BOND** - 3

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 16-01249-CMA    Doc 15    Filed 02/07/17    Ent. 02/07/17 14:58:47    Pg. 3 of 3